IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIAN WOODBRIGHT, ET AL., *on behalf of themselves and all others similarly situated,* | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:24–CV–04611 |
| | § | Judge Ellison |
| HEALTH MATCHING ACCOUNT SERVICES, INC., | § § § | |
| *Defendant.* | § | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendant Health Matching Account Services, Inc. (**Defendant**) files this Rule 7.1 Disclosure Statement and Certificate of Interested Parties and respectfully informs the Court, pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order for Conference and Disclosure of Interested Parties [ECF No. 6], as follows:

### Rule 7.1(a)(1) Corporate Disclosure[1]

Defendant has no parent corporations and no publicly held corporations own 10% or more of Defendant's stock.

### Additional Court–Ordered Disclosures

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties [ECF No. 6], Defendant additionally provides its "certificate listing all

---

[1] Plaintiffs have invoked this Court's subject–matter jurisdiction only under 28 U.S.C. § 1332(d) and do not allege the existence of diversity jurisdiction. Accordingly, no diversity disclosure under Rule 7.1(a)(2) is required.

person, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation."

Defendant is a corporation wholly owned by the following persons who are financially interested in the outcome of this litigation:

a. Regina Kathryn Gorog, as Trustee of the Regina Kathryn Gorog Trust;

b. Elliott Clifford Gorog, as Trustee of the Elliott Clifford Gorog Trust;

c. Garland Levit, as Trustee of the Garland Levit 2011 Irrevocable Trust; and

d. Garland Levit, as Trustee of the Donald N. Levit 2010 Descendants Trust.

Dated: December 17, 2024.  Respectfully submitted,

By: */s/ Dennis P. Duffy*
**Christopher C. Pappas**
Texas Bar No. 15454300
S.D. Tex. Fed. No. 5966
**Dennis P. Duffy**
Texas Bar No. 06168900
S.D. Tex. Fed. No. 10502
**Andrea M. Johnson**
Texas Bar No. 10679600
S.D. Tex. Fed. No. 1285
KANE RUSSELL COLEMAN LOGAN PC
5151 San Felipe, Suite 800
Houston, Texas 77056
Telephone: (713) 425-7400
Fax: (713) 425-7700
cpappas@krcl.com
dduffy@krcl.com
ajohnson@krcl.com

*Counsel for Defendant Health Matching Account Services, Inc.*

# CERTIFICATE OF SERVICE

This is to certify that on the 17th day of December, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF notification system on all counsel of record as follows:

Alexander Loftus
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
alex@loftusandeisenberg.com

James Crewse
CREWSE LAW FIRM, PLLC
5919 Vanderbilt Avenue.
Dallas, Texas 75206
jcrewse@crewselawfirm.com

*/s/ Dennis P. Duffy*
Dennis P. Duffy