IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIAN WOODBRIGHT, ET AL., *on behalf of themselves and all others similarly situated*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 4:24–CV–04611 |
| HEALTH MATCHING ACCOUNT SERVICES, INC., | § § § § | Judge Ellison |
| *Defendant*. | § § | |

**ORDER GRANTING DEFENDANT HEALTH MATCHING ACCOUNT SERVICES, INC.'S RULE 12(b)(6) MOTION TO DISMISS**

On this day, the Court considered Defendant Health Matching Account Services, Inc.'s Rule 12(b)(6) Motion to Dismiss, filed December 23, 2024 (**Motion**), together with any response and reply thereto. Having considered the foregoing, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Class Action Complaint is **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(6).

SO ORDERED this _____ day of _____, 2025.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE