**UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Darian Woodbright, et al.
   *Plaintiff(s),*

v.                                             Case No. 4:24−cv−04611

Health Matching Account Services, Inc.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion to Dismiss − #10

DATE:   **1/30/2025**

TIME:   **11:30 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                        Date: January 27, 2025

By Deputy Clerk, A. Rivera