United States District Court
Southern District of Texas

**ENTERED**

July 10, 2025

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DARIAN WOODBRIGHT, ET AL., | § | |
| *on behalf of themselves and others* | § | |
| *similarly situated*, | § | |
| | § | NO:  4:24-cv-04611 |
| *Plaintiffs*, | § | Judge Ellison |
| | § | |
| v. | § | |
| | § | |
| HEALTH MATCHING | § | |
| ACCOUNT SERVICES, INC., | § | |
| | § | JURY TRIAL DEMANDED |
| *Defendant*. | § | |

## ORDER

This matter coming to be heard on Plaintiff's Motion to Enforce Subpoena and Show Cause (ECF 32), it is hereby Ordered:

(1) Plaintiffs Motion to Enforce Subpoena and to Show Cause is Granted

(2) Claims Choice is Ordered to Appear and Show Cause why it Failed to Provide Responsive Documents in the Time Allowed.


IT IS SO ORDERED.

 Signed at Houston, Texas on July 10, 2025.


Keith P. Ellison
United States District Judge