**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DARIAN WOODBRIGHT, ET AL., *on behalf of themselves and others similarly situated*, | § § § § § § § § § § § § | |
| *Plaintiffs*, | | NO: 4:24-cv-04611<br>Judge Ellison |
| v. | | |
| HEALTH MATCHING ACCOUNT SERVICES, INC., | | |
| | | JURY TRIAL DEMANDED |
| *Defendant*. | | |

# EXHIBIT "B"

**From:** Alexander Loftus <alex@loftusandeisenberg.com>
**Date:** Friday, March 21, 2025 at 11:42 AM
**To:** Philip Burghardt <pburghardt@ClaimChoice.com>
**Cc:** Dennis Duffy <DDuffy@krcl.com>, AJ Johnson <ajohnson@krcl.com>
**Subject:** Subpoena Response

Phil,

I served you with the subpoena on 3/13. I'm disappointed I have not heard from you or your counsel yet.

Counsel from Claims Choice is cc'd here. We have a myriad of disputes about this, but the core issue is production of claims files which I agree with Mr. Duffy is a pandoras box of issues with HIPPA and such.

Rather than make work of Mr. Duffy having to jump on a motion to quash he and I agreed to press pause and in turn tell you to press pause on production while we work on ways to narrow this.

**Please, please, have counsel contact me**. This will be much easier to resolve with you or your attorney involved rather than in the abstract.

Thanks,

Alex


Alexander N. Loftus, Esq.
**Loftus & Eisenberg, Ltd.**
161 N. Clark, Suite 1600
Chicago, IL 60601
o: (312) 899-6625
alex@loftusandeisenberg.com



This e-mail is the property of Loftus & Eisenberg, Ltd. It is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Distribution or copying of this e-mail, or the information contained herein, by anyone other than Loftus & Eisenberg, Ltd. is prohibited. If you have received this e-mail in error, please immediately notify the sender.
--