# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BOBBIE POPE, ET AL.,<br>*on behalf of themselves and others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH MATCHING ACCOUNT SERVICES, INC.,<br><br>*Defendant*. | § § § § § § § § § § § § § NO: 4:24-cv-04611<br>Judge Ellison<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

This matter coming to be heard on the parties' Joint Stipulation of Dismissal, it is hereby **ORDERED**:

(1) All claims by Plaintiffs Darian Woodbright, Robert Mainini, and Jacques Pierre Meuret are dismissed without prejudice.

(2) Plaintiffs Melanie Furniss and Bobbie Pope remain in this action to pursue their claims and represent the putative class.

SIGNED at Houston, Texas, on this 18th day of August, 2025.

Keith P. Ellison
United States District Judge