# Exhibit B

| | |
|---|---|
| **From:** | Alexander Loftus <alex@loftusandeisenberg.com> |
| **Sent:** | Friday, August 22, 2025 10:49 AM |
| **To:** | AJ Johnson |
| **Cc:** | Elizabeth Butcher; Christopher C. Pappas; Carl Johnson; Dennis Duffy |
| **Subject:** | Notice of Subpeona |
| **Attachments:** | Notice of Subpoena.pdf; Plaines Capital Subpoena.pdf |

I finally figured out the correct bank.

This is narrowed to the class period and is necessary to confirm the answers to interrogatories provided.

-Alex


Alexander N. Loftus, Esq.
Loftus & Eisenberg, Ltd.
181 W Madison, Suite 4700
Chicago, Illinois 60602
O: (312) 278-2334
alex@loftusandeisenberg.com



This e-mail is the property of Loftus & Eisenberg, Ltd. It is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Distribution or copying of this e-mail, or the information contained herein, by anyone other than Loftus & Eisenberg, Ltd. is prohibited. If you have received this e-mail in error, please immediately notify the sender.
--