# Exhibit E

**From:** Alexander Loftus <alex@loftusandeisenberg.com>
**Sent:** Tuesday, August 26, 2025 6:16 PM
**To:** Clem, David <David.Clem@BlankRome.com>
**Subject:** Re: Subpoena to PlainsCapital Bank

I wasn't going to totally withdraw it. I was going to narrow the scope.

Did you work on the subpoenas from law enforcement? It might easier to just produce whatever you have together from those.

-Alex

***************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*