# Exhibit F

| | |
|---|---|
| **From:** | Clem, David <David.Clem@BlankRome.com> |
| **Sent:** | Wednesday, August 27, 2025 9:34 AM |
| **To:** | Alexander Loftus |
| **Cc:** | Dennis Duffy |
| **Subject:** | RE: Subpoena to PlainsCapital Bank |

Alex—thank you for the response. I've copied Mr. Duffy again, for transparency.

I can't discuss law enforcement subpoenas, but I'm happy to work with you on the subpoena you served. If you are going to narrow the scope, please confirm in writing what material you are seeking and what material you no longer seek. If the court enters an order affecting this subpoena, please keep me informed.

To make our position clear: the bank has no interest in the litigation. We will do what the law and the court requires of us.

David

**David M. Clem** | BLANKROME
200 Crescent Court, Suite 1000 | Dallas, TX 75201
Desk (972) 850-1485 | Mobile (972) 465-0181 | [david.clem@blankrome.com](mailto:david.clem@blankrome.com)