# Exhibit G

**From:** Alexander Loftus <alex@loftusandeisenberg.com>
**Sent:** Wednesday, August 27, 2025 9:53 AM
**To:** Clem, David <David.Clem@BlankRome.com>
**Cc:** Dennis Duffy <DDuffy@krcl.com>
**Subject:** Re: Subpoena to PlainsCapital Bank


The issue is that HMA represents it earned X amount and retained Y amount. We are seeking records sufficient to confirm those representations and don't need to go fishing now.

Mr. Duffy thinks stating this goal can enable a smaller production. I think that still requires complete statements for the HMA accounts during the relevant period even with that narrow goal.

Thanks,

Alex