# Exhibit H

**From:** Dennis Duffy
**Sent:** Wednesday, August 27, 2025 9:51 AM
**To:** Clem, David <David.Clem@BlankRome.com>; Alexander Loftus <alex@loftusandeisenberg.com>
**Cc:** AJ Johnson <AJohnson@krcl.com>
**Subject:** RE: Subpoena to PlainsCapital Bank

1

Alex,

Obviously, if you have changed your mind concerning the agreements we reached last Friday regarding the subpoena (including agreeing to contact the process server to hold off on serving it), that is your option (such much for our meet and confer on that issue), but if you are going to "change the scope" of the subpoena, we will need to see a revised/amended subpoena and the return date for same so that we are given an opportunity to review it, evaluate whether and to what extent we will file a motion for protection as to it, and meet and confer with you on same in accordance with the S.D. Texas Local Rules.

**DENNIS P. DUFFY**
Director

**KRCL**

**Kane Russell Coleman Logan PC**
5151 San Felipe Street | Suite 800 | Houston, Texas 77056
**Tel** 713.425.7456   **Cell** 832.331.0580
**krcl.com** | **krclblogs.com**

  

This e-mail transmission and any attachments that accompany it may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law and is intended solely for the use of the individual(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, any disclosure, dissemination, distribution, copying or other use or retention of this communication or its substance is prohibited. If you have received this communication in error, please immediately reply to the author via e-mail that you received this message by mistake and permanently delete the original and all copies of this e-mail and any attachments from your computer.

2