# Exhibit I

| | |
|---|---|
| **From:** | Carl Johnson <Carl@loftusandeisenberg.com> |
| **Sent:** | Wednesday, August 27, 2025 12:43 PM |
| **To:** | Dennis Duffy |
| **Cc:** | Alexander Loftus; AJ Johnson |
| **Subject:** | Re: Subpoena to PlainsCapital Bank |

Dennis,

The bank asked for written correspondence to narrow the scope, and we're engaging with them accordingly. Since they are not demanding a new subpoena, we see no need to issue one. If you plan on filing a motion based on the current subpoena and our course of correspondence with the bank, we are standing on our position, absent a material change from the bank's counsel.

Regards,
Carl

1