# Exhibit J

**From:** Dennis Duffy <DDuffy@krcl.com>
**Date:** Friday, August 29, 2025 at 2:42 PM
**To:** Clem, David <David.Clem@BlankRome.com>, Alexander Loftus <alex@loftusandeisenberg.com>
**Cc:** AJ Johnson <AJohnson@krcl.com>, Carl Johnson <Carl@loftusandeisenberg.com>
**Subject:** RE: Subpoena to PlainsCapital Bank

David,

Alex and I just got off the phone with Carl Johnson on a second meet and confer regarding the Subpoena.  Carl confirmed with us that we had reached an agreement resolving this issue in our first meet and confer on August 22, which is what I communicated to you earlier in the week.  But Carl stated, without explanation, that they "changed their minds" regarding the agreement previously reached and now are insisting that, notwithstanding any prior communications on the issue regarding a narrower request, that the subpoena be complied with by the Bank as written.

This is to advise that we will be filing a motion for protection before the return date stated in the Subpoena.

Thanks.

**DENNIS P. DUFFY**
Director

**KRCL**

**Kane Russell Coleman Logan PC**
5151 San Felipe Street | Suite 800 | Houston, Texas 77056
**Tel** 713.425.7456   **Cell**  832.331.0580
krcl.com  |  krclblogs.com