# Exhibit K

**From:** Alexander Loftus <alex@loftusandeisenberg.com>
**Sent:** Friday, August 29, 2025 3:43 PM
**To:** Dennis Duffy; Clem, David
**Cc:** AJ Johnson; Carl Johnson
**Subject:** Re: Subpoena to PlainsCapital Bank

I think this was addressed wrong.

Yes, your apparent panic over the subpoena gave me pause. Carl and I discussed the extreme response to a routine subpoena and determined it was best for our clients to let the subpoena process play out in the ordinary course.

I'm sorry for the about face but why hire smart people if I don't listen to them?