IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIAN WOODBRIGHT, ET AL., *on behalf of themselves and all others similarly situated*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 4:24–CV–04611 |
| HEALTH MATCHING ACCOUNT SERVICES, INC., | § § § § | Judge Ellison |
| *Defendant*. | § § | |

## [PROPOSED] ORDER

The Court, having considered Defendant Health Matching Account Services, Inc.'s Motion to Quash or Modify Subpoena and for Protective Order, filed September 5, 2025, is of the opinion that the same should be **GRANTED**. Accordingly, the Court **ORDERS** that the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action issued by Plaintiffs to Plains Capital Bank, dated August 22, 2025, be **QUASHED.**

SO ORDERED.

Dated September \_\_\_\_, 2025.

                                                                       KEITH P. ELLISON
                                                                      UNITED STATES DISTRICT JUDGE