IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBIE POPE, ET AL., *on behalf of themselves and all others similarly situated,* | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:24–CV–04611 |
| HEALTH MATCHING ACCOUNT SERVICES, INC., | § § § § | Judge Ellison |
| Defendant. | § § | |

## ORDER GRANTING JOINT AGREED MOTION TO STAY PROCEEDINGS IN LIGHT OF PLANNED MEDIATION.

The Court, having received the Parties' Joint Agreed Motion to Stay Proceedings in Light of Planned Mediation ("Motion to Stay") (ECF 56), GRANTS the Motion to Stay. All activity in this litigation shall be **STAYED** until thirty (30) days after the planned mediation, set for December 5, 2025, before Judge John T. Wooldridge. All pending motions are hereby **DISMISSED WITHOUT PREJUDICE** to refiling should the mediation be unsuccessful. If the mediation is not successful, the Parties, by January 5, 2026, shall file with the Court an agreed motion and agreed proposed schedule for the following events:

a. Plaintiffs' Class Certification Expert Report;

b. Defendant's Class Certification Expert Report;

c. Rebuttal Reports;

d. Class Certification Discovery.

1

With this stay, no further action will be taken by the Parties, except as needed to prepare for and participate in mediation.

**SIGNED** at Houston, Texas on this the 3rd day of October, 2025.

_____
Keith P. Ellison
United States District Judge