United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| BOBBIE POPE, ET AL., *on behalf of themselves and others similarly situated,* | Case No. 4:24-cv-04611 Judge Ellison |
| Plaintiffs, | |
| v. | |
| HEALTH MATCHING ACCOUNT SERVICES, INC. | |
| Defendant. | |

### ORDER TO FILE *EX PARTE* AND UNDER SEAL

The United States' Motion for Leave to file *Ex Parte* and Under Seal (ECF 73) is GRANTED.

IT IS THEREFORE ORDERED that the United States file its memorandum and supporting affidavit in further opposition to Plaintiffs' motion to appoint a receiver *ex parte* and under seal.

IT IS FURTHER ORDRED that the Court will maintain these documents under seal until further notice, except that the United States (1) may provide a copy of its submission to the United States District Court for the Western District of Missouri, the Hon. Roseann A. Ketchmark, presiding over *United States v. Health Matching Account Services, Inc., et al.*, No. 4:15-cv-00814-RK, and (2) the United States may disclose its submission as required pursuant to any discovery obligations without further order of the Court.

**SIGNED** at Houston, Texas, on this the 7th day of November, 2025.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE