United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BOBBIE POPE, et al.,** § | |
| § | |
| *Plaintiffs,* § | |
| VS. § | **CIVIL ACTION NO. 4:24-cv-04611** |
| § | |
| **HEALTH MATCHING ACCOUNT** § | |
| **SERVICES, INC.,** § | |
| § | |
| *Defendant.* § | |

## ORDER

Before the Court is Plaintiffs' Emergency Motion for Appointment of a Receiver (ECF 61). The Court held a hearing on this matter on October 29, 2025. On October 17, 2025, the United States Department of Justice filed a complaint under 18 U.S.C. § 1345, the Anti-Fraud Injunction statute, seeking to enjoin HMA's alleged illegal conduct. *United States v. HMA et al.*, Case No. 4:25-00814-CV-W-RK (W.D. Mo.).

At the October 29 hearing, Plaintiffs did not satisfactorily explain why appointment of a receiver is preferable to the initiation of a bankruptcy proceeding. Nor did Plaintiffs explain how a receiver would efficiently interact with the parties in *United States v. HMA et al.*, Case No. 4:25-00814-CV-W-RK (W.D. Mo.), particularly in light of the TRO currently in effect in the Western District of Missouri case. Therefore, the Court finds and holds that the Motion is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 7th of November, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE